**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:

Case No. _____

Investors, JH Kim Inc

Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td><b>February  9, 2012</b><br>Date</td>
<td><b>/s/ Myeoung H Lee</b><br><b>Myeoung H Lee 6295191</b><br><b>IBT Laws, LLC</b><br><b>1245 Milwaukee Ave #101</b><br><b>Glenview, IL  60025-0000</b><br><b>(847) 454-3311</b><br><b>ibtlaws@gmail.com</b></td>
</tr>
</table>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                Case No. _____

**Investors, JH Kim Inc**                                            Chapter **7** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer      petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____        principal, responsible person, or partner of
                                                                     the bankruptcy petition preparer.)
_____        (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Investors, JH Kim Inc**_____        **X** _/s/_____        **2/09/2012**
Printed Name(s) of Debtor(s)                                      Signature of Debtor                                    Date

Case No. (if known) _____        **X** _____
                                                                  Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Investors, JH Kim Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Ramada Galena** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **37-1384032** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**11383 Highway 20 W**<br>**Galena, IL**<br>ZIPCODE **61036** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Jo Daviess** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**11383 Highway 20 W, Galena, IL**
ZIPCODE **61036**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.)<br><br>☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                            Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
| --- | --- | --- |

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
| --- | --- |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Investors, JH Kim Inc** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                                Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Investors, JH Kim Inc** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ Myeoung H Lee
Signature of Attorney for Debtor(s)

**Myeoung H Lee 6295191**
**IBT Laws, LLC**
**1245 Milwaukee Ave #101**
**Glenview, IL  60025-0000**
**(847) 454-3311**
**ibtlaws@gmail.com**

**February  9, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Henry Kim
Signature of Authorized Individual

**Henry Kim**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  9, 2012**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Investors, JH Kim Inc                                                    Chapter **7** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,100,000.00 | | |
| B - Personal Property | Yes | 3 | $ 19,529.84 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 3,777,176.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 72,983.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 20 | $ 2,119,529.84 | $ 3,850,160.24 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Investors, JH Kim Inc** _____    Case No. _____
                            Debtor(s)                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **11383 Highway 20 W Galena, IL 61036** | | | **2,100,000.00** | **2,200,000.00** |
| | | **TOTAL** | **2,100,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Investors, JH Kim Inc** _____ Case No. _____
        Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Acct#5785**<br>**Business Savings Acct#2511** | | 500.00<br>287.52 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Investors, JH Kim Inc** _____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Indulge Day Spa (Tenant)**<br>**Rent: $1,050.00 / Monthyl** | | 1,050.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment, furnishings, and supplies.**<br>- Guest Room ($9,077.06)<br>- Front Desk, Office, Banquet ($2,781.90) | | 11,858.96 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Coca cola Company - Coca Cola Drink Dispenser (2)**<br>         **- Minute maid Juice Machine (1)**<br>         **- 2'x5' Coca Cola Refrigerator (1)**<br>         **- CO2 Tank (2)** | | 0.00 |
| | | **Country Club Wide - Waffle Iron /Breakfast room  (2)** | | 0.00 |
| | | **Equipment & Supplies**<br>- Maintenance Dept., Pool, Exercise Room, Yard    ($1,024.60) | | 4,115.25 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Investors, JH Kim Inc** _____  Case No. _____
                        Debtor(s)                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | - Laundry Dept, Deck,Continental Breakfast, Kitchen ($3,090.65) | | |
| | | First Community Bank - ATM (lobby) | | 0.00 |
| | | Hawkye Food Service - 3 Gal "Gemini Curtis" Coffe Make (1) | | 0.00 |
| | |     - "Bunn" pour automatic coffe maker (1) | | |
| | |     - 3 Gal Curtis coffe pot & warmer (4) | | |
| | |     - 3 Gal airport stand "Maxwell House" (1) | | |
| | | Premier Linen - Lobby Mat (4x6 Eow Charcoal)  (2) | | 0.00 |
| | |     - Lobby Mat (3x10 Eow Charcoal) (1) | | |
| | |     - Banquest Linen's (85x85), (50,112) (1) | | |
| | | The CIT Group - Ramada Sign (Parking Lot) (1) | | 0.00 |
| | | Inventory - Alcohols | | 1,718.11 |
| 30.  Inventory. | | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **19,529.84** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Investors, JH Kim Inc**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Investors, JH Kim Inc** _____    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Coca Cola Company 2435 Kerper Blvd Dubuque, IA  52001** | | | | | | | 0.00 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **RAM811** **Country Club Coffee 2506 W Central Park Davenport, IA  52804** | | | **Waffle Product for Continental Breakfast** | | | | 197.96 | 197.96 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **80952** **First Community Bank 9816 W US HWY 20 PO Box 6006 Galena, IL  61036** | | | **Commercial Loan 11383 Highway 20 W, Galena, IL 61036** | | | | 2,200,000.00 | 100,000.00 |
| | | | VALUE $ **2,100,000.00** | | | | | |
| ACCOUNT NO. **Hawkeye Foodservice Distribution PO Box 1820 Iowa City, IA  52244** | | | **Continental Breakfast Supply** | | | | 668.74 | 668.74 |
| | | | VALUE $ | | | | | |

_____**1**_____ continuation sheets attached

|  | Subtotal (Total of this page) | $ **2,200,866.70** | $ **100,866.70** |
|---|---|---|---|
|  | Total (Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Investors, JH Kim Inc** _____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6002-00000** <br><br> **Premier Linen And Dry Cleaning Inc** <br> **PO Box 656** <br> **Dubuque, IA  52004** | | | **Linen Supply and Rug Service** <br><br><br> VALUE $ | | | | **180.74** | **180.74** |
| ACCOUNT NO. **3224236000** <br><br> **Small Business Growth Corporation** <br> **2401 West White Oaks Drive** <br> **Springfield, IL  62704** | | | **SBA Loan** <br><br><br> VALUE $ **17,692.32** | | | | **1,576,000.00** | **1,558,307.68** |
| ACCOUNT NO. **651-9132492-000** <br><br> **The Cit Group** <br> **PO Box 550599** <br> **Jacksonville, FL  32255** | | | **Ramada Sign Lease** <br><br><br> VALUE $ | | | | **129.18** | **129.18** |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **1,576,309.92**    $ **1,558,617.60**

Total (Use only on last page)    $ **3,777,176.62**    $ **1,659,484.30**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Investors, JH Kim Inc** _____    Case No. _____
_____
Debtor(s)    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Investors, JH Kim Inc**                                    Case No. _____
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**American Express <br>PO Box 53888 <br>Phoenix, AZ  85072** | | | **Commission** | | | | **175.70** |
| ACCOUNT NO. **815 777 2043 950 5** <br><br>**ATT <br>PO Box 5080 <br>Carol Stream, IL  60197** | | | **Telephone Service** | | | | **316.24** |
| ACCOUNT NO. <br><br>**BROADBAND HOSPITALITY <br>590 E. WESTERN RESERVE RD SUITE 9C <br>YOUNGSTOWN, OH  44514** | | | **Internet Support** | | | | **144.00** |
| ACCOUNT NO. <br><br>**Cara Oldham <br>2400 Rodcliffe Dr SW <br>Cedar Rapids, IA  52404** | | | **Gift Certificate expires 12/31/2012** | | | | **189.00** |

__**6**__ continuation sheets attached

Subtotal
(Total of this page)  $    **824.94**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Investors, JH Kim Inc**
_____    Case No. _____
Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chris James <br> 7 Rapid Creek DNE <br> Iowa City, IA 52240** | | | **Gift Certificate expires 12/31/2012** | | | | 150.00 |
| ACCOUNT NO. **5.02149.03** <br> **City Of Galena <br> 312 1/2N Main St <br> Galena, IL 61036** | | | **Sewer** | | | | 333.28 |
| ACCOUNT NO. <br> **CTS Systems <br> 16420 Park Ten Place Drive <br> Houston, TX 77084** | | | **Commission** | | | | 28.32 |
| ACCOUNT NO. <br> **Dubuque Area Chamber <br> 300 Main St Ste 200 <br> Dubuque, IA 52001** | | | | | | | 399.15 |
| ACCOUNT NO. **019689083** <br> **Ecolab Inc <br> PO Box 70343 <br> Chicago, IL 60673** | | | **Laundry & Cleaning Product Supply** | | | | 315.65 |
| ACCOUNT NO. <br> **Elavon <br> South Datacomm <br> 10700 76th Court <br> Largo, FL 33777** | | | **Merchant Service** | | | | 600.00 |
| ACCOUNT NO. <br> **Erica Jimenez <br> 723 Littleton Trail <br> Elgin, IL 60120** | | | **Room Block Chargeback** | | | | 175.38 |

Sheet no. **1** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,001.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Investors, JH Kim Inc**                                      Case No. _____
_____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4335-9620-0** <br> **FedEx** <br> **PO Box 94515** <br> **Palatine, IL  60094** | | | **Mail Transportation & Special Handling** | | | | 32.63 |
| ACCOUNT NO. <br> **Fran Tukala** <br> **10633 S. Artesian Ave** <br> **Chicago, IL  60655** | | | **Gift Certificate expires 12/31/2012** | | | | 200.00 |
| ACCOUNT NO. <br> **Galena Chamber Of Commerce** <br> **101 Bouthillier Street** <br> **Galena, IL  61036** | | | | | | | 475.00 |
| ACCOUNT NO. <br> **Galena Gateway Weddings** <br> **8044 Gabel Lane** <br> **Apple River, IL  61001** | | | **Advertising** | | | | 238.00 |
| ACCOUNT NO. <br> **Geostar Mechanical** <br> **PO Box 7896** <br> **Rockford, IL  61125** | | | **Fire Alarm** | | | | 284.28 |
| ACCOUNT NO. <br> **Hanover Insurance** <br> **PO Box 580045** <br> **Charlotte, NC  28258** | | | **Acct# UHC 6657083 02 - Commercial Umbrella** <br> **Acct# ZBC 6560360 02 - Commercial Package** <br> **Acct# WCC 6562980 01 - Workers Compensation** <br> **Acct# WCC 6562980 02 - Workers Compensation** | | | | 4,820.90 |
| ACCOUNT NO. **6095229** <br> **HD Supply** <br> **PO Box 509058** <br> **San Diego, CA  92150** | | | **Hotel Product Supply** | | | | 119.00 |

Sheet no. __**2**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,169.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Investors, JH Kim Inc**                                      Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Holland Plumbing Inc**<br>**4359 Industrial Park**<br>**PO Box 231**<br>**Galena, IL  61036** | | | Heat & Plumbing Service | | | | 2,919.17 |
| ACCOUNT NO. **000222094**<br>**In The Swim**<br>**320 Industrial Drive**<br>**West Chicago, IL  60185** | | | Pool Supply | | | | 60.88 |
| ACCOUNT NO. **34271001**<br>**Jo Carroll Energy**<br>**PO Box 390**<br>**Elizabeth, IL  61028** | | | Electric Company | | | | 4,584.28 |
| ACCOUNT NO. **244237**<br>**LAMAR**<br>**PO Box 96030**<br>**Baton Rouge, LA  70896** | | | Billboard Advertising | | | | 1,130.00 |
| ACCOUNT NO.<br>**Log Cabin Steakhouse**<br>**201 N. Main St**<br>**Galena, IL  61036** | | | | | | | 300.00 |
| ACCOUNT NO. **8383 88 003 0074483**<br>**Mediacom**<br>**PO Box 5744**<br>**Carol Stream, IL  60197** | | | Internet Service | | | | 1,011.93 |
| ACCOUNT NO.<br>**Midwest Tourism Assoc**<br>**2248 W Belmont Ste 56**<br>**Chicago, IL  60618** | | | Advertising | | | | 395.00 |

Sheet no. ____**3**__ of ____**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,401.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Investors, JH Kim Inc** _____    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3427** <br> **Montgomery Trucking Inc** <br> **PO Box 6081** <br> **Galena, IL 61036** | | | **Disposal Company** | | | | **157.50** |
| ACCOUNT NO. <br> **Net Trans** <br> **PO Box 529** <br> **N3101 Tonsberg** <br> **Norway,** | | | **Commission** | | | | **25.39** |
| ACCOUNT NO. **14-90-7-0-9452 9** <br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora, IL 60507** | | | **Utility - Gas** | | | | **1,163.82** |
| ACCOUNT NO. **05-RMGGALEN** <br> **ORECK** <br> **100 Armstrong Rd Ste 101** <br> **Plymouth, MA 02360** | | | **Vacuum Supply** | | | | **400.00** |
| ACCOUNT NO. **D-9555033** <br> **ORKIN** <br> **PO Box 1043** <br> **Dubuque, IA 52004** | | | **Pest Control** | | | | **197.76** |
| ACCOUNT NO. <br> **Ryan Anglesee** <br> **205 Hauley Way** <br> **East Dubuque, IL 61025** | | | **Gift Certificate expires 12/31/12** | | | | **40.00** |
| ACCOUNT NO. **RAMGAL** <br> **S J Carlson Fire Protection INC** <br> **4544 Shepherd Trail** <br> **Rockford, IL 61103** | | | **Fire Alarm** | | | | **720.00** |

Sheet no. **4** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,704.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Investors, JH Kim Inc**                                    Case No. _____
_____
Debtor(s)                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Simplex Grinnell** <br> **3214 Kingsley Way** <br> **Madison, WI 53713** | | | Fire Alarm | | | | 435.40 |
| ACCOUNT NO. 02102884 <br> **The Galena Gazetta** <br> **716 S. Bench Street** <br> **Galena, IL 61036** | | | Advertising Local Paper | | | | 10.00 |
| ACCOUNT NO. <br> **THE KNOT INC** <br> **11106 Mockingbird Drive** <br> **Omaha, NE 68137** | | | Advertising | | | | 325.00 |
| ACCOUNT NO. 1387856 <br> **THE LAMAR COMPANIES** <br> **1690 ELM STREET** <br> **DUBUQUE, IA 52001** | | | Advertisement | | | | 7,910.00 |
| ACCOUNT NO. **PER HENRY KIM** <br> **Ttri-State** <br> **550 Carey Avenue** <br> **Davenport, IA 52807** | | | Automatic Sprinkler Service | | | | 440.00 |
| ACCOUNT NO. 000140429 <br> **USA Today** <br> **305 Seaboard Lane Ste 301** <br> **Franklin, TN 37067** | | | Newspaper | | | | 81.60 |
| ACCOUNT NO. <br> **Westphal And Company Inc** <br> **PO Box 1023** <br> **Dubuque, IA 52004** | | | Electrical Construction | | | | 835.00 |

Sheet no. ____**5**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **10,037.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Investors, JH Kim Inc** _____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**World Choice Travel<br>Travelocity<br>PO Box 105199<br>Atlanta, GA  30348** | | | Commission | | | | 39.78 |
| ACCOUNT NO. **15048-87757-02-RAM**<br>**Wyndham Hotel Group Financial Services<br>22 Sylvan Way<br>Parsippany, NJ  07054** | | | Ramada Franchise fee | | | | 40,558.97 |
| ACCOUNT NO. **66589-1342910**<br>**YELLOW PAGE<br>6300 C ST SW<br>CEDAR RAPIDS, IA  52404** | | | Yellow Page Advertisement | | | | 164.00 |
| ACCOUNT NO. **468300**<br>**Yellowbook<br>PO Box 660052<br>Dallas, TX  75266** | | | Advertising | | | | 81.61 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**6**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 40,844.36

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ | 72,983.62

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Investors, JH Kim Inc**                                         Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **THE KNOT INC**<br>**11106 Mockingbird Drive**<br>**Omaha, NE  68137** | **Advertisement (Agent)** |
| **THE LAMAR COMPANIES**<br>**1690 ELM STREET**<br>**DUBUQUE, IA  52001** | **ADVERTISEMENT UNTIL 01/2012 (Agent)**<br>**Customer# 244237**<br>**(877) 406-3495** |
| **Wyndham**<br>**Ramada Worldwide**<br>**22 Sylvan Way**<br>**Parsippany, NJ  07054** | **Business Contract (Agent)** |
| **Indulge Day Spa**<br>**11383 Hwy 20 w**<br>**Galena, IL  61036** | **Business Contract (Agent)** |
| **MEDIACOM**<br>**PO Box 5744**<br>**Carol Stream, IL  60197** | **Cable & Internet Service (Agent)**<br>**Acct#8383880030074483**<br>**(800) 379-7412** |
| **American Express**<br>**PO Box 53773**<br>**Phoenix, AZ  85072** | **Credit Card Process Company** |
| **Chase**<br>**14221 Dallas Parkway**<br>**Dallas, TX  75254** | **Credit Card Process Company (Agent)** |
| **Heartland Fire & Security**<br>**316 E 3rd Street**<br>**Davenport, IA  52801** | **Fire and Security Contract (Agent)** |
| **HANOVER INSURANCE**<br>**PO Box 580045**<br>**Charlotte, NC  28258** | **Hotel Commercial Insurance (Agent)**<br>**(800) 922-8427** |
| **BROADBAND HOSPITALITY**<br>**590 E. WESTERN RESERVE RD SUITE 9C**<br>**YOUNGSTOWN, OH  44514** | **Internet Monitoring Company - Contract until 01/2013 (Agent)**<br>**(330) 629-8848** |
| **SOUTHERN DATACOMM**<br>**10700 76th Court**<br>**Largo, FL  33777** | **Merchant Validation Process (Credit Card) (Agent)**<br>**(800) 476-4456 x4419** |
| **ORKINS**<br>**PO Box 1043**<br>**Dubuque, IA  52004** | **Pest Control Service (Agent)**<br>**Acct# D-9555033**<br>**(800) 332-4160** |
| **Kristine Doyle**<br>**302 Menominee Drive**<br>**Galena, IL  61036** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: February 23, 2012**<br>**Amount Paid: $45** |
| **Michael Doyle**<br>**302 Menominee Drive**<br>**Galena, IL  61036** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: February 23, 2012**<br>**Amount Paid: $45** |
| **Carol Dubord**<br>**706 Gear St**<br>**Galena, IL  61036** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: April 3, 2012**<br>**Amount Paid: $120** |
| **Charlie Dimke**<br>**532 South Dodge St** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: March 2, 2012** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Investors, JH Kim Inc**                                    Case No. _____

_____Debtor(s)_____                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Galena, IL  61036 | Amount Paid: $45 |
| **Mark Elder**<br>**900 Fulton St**<br>**Galena, IL  61036** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: February 26, 2012**<br>**Amount Paid: $120** |
| **Daniel Laity**<br>**6951 W Miner Rd**<br>**Galena, IL  61036** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: February 24, 2012**<br>**Amount Paid: $45** |
| **Mark Ruby**<br>**12264 W Samantha Drive**<br>**Galena, IL  61036** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: February 19, 2012**<br>**Amount Paid: $22** |
| **Dennis Radford**<br>**9189 IL Rt 84N**<br>**Galena, IL  61036** | **Pool & Fitness Membership Contract  - (Purchaser)**<br>**Expires: February 27, 2012**<br>**Amount Paid: $45** |
| **Donna Bruun**<br>**910 Jackson St**<br>**Scales Mound, IL  61075** | **Pool & Fitness Membership Contract - (Purchaser)**<br>**Expires: February 18, 2012**<br>**Amount Paid: $120** |
| **Elavon**<br>**10700 76th Court**<br>**Largo, FL  33777** | **ProtoBase License/Maintenance** |
| **Calvary Baptist Church**<br>**902 Golf View Drive**<br>**Platteville, WI  53818** | **Rood Block: November 2 & 3, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Meeting**<br>**(608) 778-6702** |
| **Gloria Pluta**<br>**2921 Autumn Dr**<br>**Woodridge, IL  60517** | **Room Block: 09/02/2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Wedding Room Block**<br>**(630) 985-5323** |
| **Terry Sigafus**<br>**49 Heather Ln**<br>**Galena, IL  61001** | **Room Block: April 04, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Wedding Room Block**<br>**(608) 558-3500** |
| **Eastland High School**<br>**500 S. School Dr**<br>**Lanark, IL  61046** | **Room Block: April 28, 2012  - (Purchaser)**<br>**Deposit: $350**<br>**Purpose: Prom**<br>**(630) 334-1526** |
| **National Ski Group**<br>**300 Inwood Dr No 311**<br>**Wheeling, IL  60090** | **Room Block: February 24 & 25, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Room Block**<br>**(574) 309-4634** |
| **Jo Daviess Conservation**<br>**126 N Main St**<br>**Elizabeth, IL  61028** | **Room Block: February 25, 2012  - (Purchaser)**<br>**Deposit: $100**<br>**Purpose: Jo Daviess County Conservation Foundation Annual Meeting**<br>**(815) 858-9100** |
| **Tim Stellfox**<br>**3537 191th Pl**<br>**Lansing, IL  60438** | **Room Block: July 19, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Prahlow Reunion**<br>**(708) 895-1639** |
| **Carolyn Ewald**<br>**4303 N. Winchester Apt 3D**<br>**Chicago, IL  60613** | **Room Block: July 21, 2012 (wedding)  - (Purchaser)**<br>**Deposit: $0**<br>**- Contract was mailed to client** |
| **Nicole Kroot**<br>**1500 W Blue Sage Dr No 1202**<br>**Peoria, IL  61615** | **Room Block: June 08, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Wedding Room Block** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Investors, JH Kim Inc**                                    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | (618) 407-6397 |
| **NSAC**<br>**1218 N Jefferson Ave**<br>**Dixon, IL  61021** | **Room Block: June 13 & 14 & 15 & 16 & 17, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Event and Room Blocks**<br>**(815) 440-4777** |
| **Grinnell Mutual Insurance**<br>**4215 HWY 146**<br>**Grinnell, IA  50112** | **Room Block: June 20, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose:  Event**<br>**(641) 269-8646** |
| **Stephanie Uzureau**<br>**2214 W Argyle St**<br>**Chicago, IL  60625** | **Room Block: June 30, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Wedding Room Block**<br>**(312) 320-7622** |
| **America By Bicycle Inc**<br>**2 Red Oak Drive**<br>**Plaistow, NH  03865** | **Room Block: June 4, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Event**<br>**(603) 382-1662** |
| **Galena High School**<br>**1206 N. Franklin St**<br>**Galena, IL  61036** | **Room Block: May 9 & 10 & 11 & 14, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Banquet Room for Test**<br>**(815) 777-0917** |
| **Amy Meehan**<br>**113 R Main St**<br>**Cedar Falls, IA  50613** | **Room Block: September 22, 2012  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Guest Room Block**<br>**(319) 404-5425** |
| **Lord Of Love Lutheran Church**<br>**PO Box 6483**<br>**Galena, IL  61036** | **Room Block: Unknown  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Meeting**<br>**(317) 902-9657** |
| **Medical Associates Of Dubuque**<br>**1605 Associate Dr**<br>**Dubuque, IA  52002** | **Room Block: Unknown  - (Purchaser)**<br>**Deposit: $0**<br>**Purpose: Meeting**<br>**(563) 556-8070** |
| **Erica Jimenez**<br>**723  Littleton Trail**<br>**Elgin, IL  60120** | **Room Block: Unkwon  - (Purchaser)** |
| **Brenda Imbus**<br>**Indulge Day Spa**<br>**11383 HWY 20 W**<br>**GALENA, IL  61036** | **TENANT LEASE CONTRACT (Lessee)** |
| **Alexandra Schifler**<br>**624 W Marquette St**<br>**Princeton, IL  61356** | **Wedding Date: August 11, 2012  - (Purchaser)**<br>**Deposit: $500** |
| **Brittany Harris**<br>**12 Park Ave**<br>**Benton, WI  53803** | **Wedding Date: August 25, 2012  - (Purchaser)**<br>**Deposit: $500** |
| **Ashley Appel**<br>**15307 Thomson Rd**<br>**Thomson, IL  61285** | **Wedding Date: December 01, 2012  - (Purchaser)**<br>**Deposit: $500** |
| **Carly Dillavou**<br>**132 E Pierce St**<br>**Elburn, IL  60119** | **Wedding Date: July 14, 2012  - (Purchaser)**<br>**Deposit: $500** |
| **Jeandnifer Snave And Garon Stewart**<br>**1202 Ballantrae Pl Unit E** | **Wedding Date: July 28, 2012  - (Purchaser)**<br>**Deposit: $500** |

B6G (Official Form 6G) (12/07) - Cont.

IN RE Investors, JH Kim Inc                                        Case No. _____
_____                                              (If known)
        Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mundelein, IL  60060 | |
| Penny Case<br>990 Jackson St  Apt No 2<br>Platteville, WI  53818 | Wedding Date: June 09, 2010  - (Purchaser)<br>Deposit: $500 |
| Groezinger And Edwards<br>115 Conley Circle<br>Bloomington, IL  61701 | Wedding Date: June 1, 2013  - (Purchaser)<br>Deposit: $0<br>- Contract was mailed to client |
| Jason Szatkowski<br>668 Lee Drive<br>Crystal Lake, IL  60014 | Wedding Date: June 2, 2012  - (Purchaser)<br>Deposit: $500 |
| Allen And Megan Holmes<br>3418 Governor Court<br>Waterloo, IA  50702 | Wedding Date: June 23, 2012  - (Purchaser)<br>Deposit: $500 |
| Scott Heimerdinger<br>24574 Patterson Rd<br>Milledgeville, IL  61051 | Wedding Date: June 30, 2012  - (Purchaser)<br>Deposit: $500 |
| Cox And Corey Manderscheid<br>741 Summer Drive<br>Dubuque, IA  52002 | Wedding Date: May 19, 2012  - (Purchaser)<br>Deposit: $500 |
| Alison Ziegler<br>12029 Sherrill Rd<br>Dubuque, IA  52002 | Wedding Date: May 5, 2012  - (Purchaser)<br>Deposit: $500 |
| Brook Jones<br>13262 Stamford Ln<br>Rockton, IL  61072 | Wedding Date: October 13, 2012  - (Purchaser)<br>Deposit: $500 |
| Melinda K Cox<br>165 Tiffany Lane PO Box 34<br>Cedarville, IL  61013 | Wedding Date: Seotember 29, 2012  - (Purchaser)<br>Deposit: $0<br>- Contract was mailed to client |
| Nicole Ochs<br>7698 Old Davenport Rd<br>Dubuque, IA  52003 | Wedding Date: September 15, 2012  - (Purchaser)<br>Deposit: $500 |
| Erin Hesselbacher<br>2927 George Rd Apt No 104<br>Wisconsin Rapid, WI  54495 | Wedding Date: September 8, 2012  - (Purchaser)<br>Deposit: $500 |
| YELLOW PAGE<br>6300 C ST SW<br>CEDAR RAPIDS, IA  52404 | YELLOW PAGE ADVERTISEMENT UNTIL 03/2012 (Agent)<br>Acct# 468300<br>(800) 242-5774 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Investors, JH Kim Inc**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Investors, JH Kim Inc** _____    Case No. _____

Debtor(s)                                                                           (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                                                  Debtor

Date: _____    Signature: _____

                                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____

Address

_____    _____

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Investors, JH Kim Inc** _____

(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21**_____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  9, 2012** _____    Signature: _**/s/ Henry Kim**_ _____

                                              **Henry Kim** _____

                                              (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                                                          Case No. _____

Investors, JH Kim Inc                                                                    Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| -566,655.61 | 2009 Gross Income |
| -368,537.15 | 2010 Gross Income |
| -42,597.39 | 2011 Gross Income |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,050.00 | Indulge Day Spa (Tenant) |

---

**3. Payments to creditors**
**Complete a. or b., as appropriate, and c.**

None ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **First Community Bank**<br>9816 W US HWY 20<br>PO Box 6006<br>Galena, IL  61036 | **2nd of every month** | **16,035.00** | **0.00** |
| **Small Business Growth Corporation**<br>2401 West White Oaks Drive<br>Springfield, IL  62704 | **1st of every month** | **12,549.86** | **0.00** |

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Samuel Lee CPA**<br>410 E 12th Ave<br>Columbus, OH  43201 | **01/18/2012** | **4,119.00** | **0.00** |
| **Hulsher Fencing (Snow Remover)**<br>1474 N. Irish Hollow Rd<br>Galena, IL  61036 | **01/18/2012** | **160.00** | **0.00** |
| **Gasser Hardware**<br>11359 Industrial Dr<br>Galena, IL  61036 | **01/18/2012** | **30.13** | **0.00** |
| **Country Club Coffee**<br>2506 W Central Park<br>Davenport, IA  52804 | **01/18/2012** | **148.47** | **0.00** |
| **BL Murray Comp**<br>1814 RT 35 N<br>East Dubuque, IL  61025 | **01/18/2012** | **92.13** | **0.00** |
| **Hawkeye Foodservice Distribution**<br>PO Box 1820<br>Iowa City, IA  52244 | **01/18/2012** | **595.99** | **0.00** |
| **Premier Linen And Dry Cleaning Inc**<br>PO Box 656<br>Dubuque, IA  52004 | **01/18/2012** | **101.52** | **0.00** |
| **Coca Cola Company**<br>2435 Kerper Blvd<br>Dubuque, IA  52001 | **01/19/2012** | **420.00** | **0.00** |
| **City Of Galena**<br>312 1/2N Main St<br>Galena, IL  61036 | **01/06/2012 , 01/24/2012** | **2,509.51** | **0.00** |
| **Fried Green Tomatoes**<br>213 N. Main St<br>Galena, IL  61036 | **01/05/2012** | **280.00** | **0.00** |
| **IDES**<br>PO Box 19300<br>Springfield, IL  62794 | **01/13/2012,01/20/2012,02/06/2012** | **1,875.01** | **0.00** |
| **Montgomery Trucking Inc**<br>PO Box 6081<br>Galena, IL  61036 | **01/18/2012** | **157.50** | **0.00** |
| **USA Today**<br>305 Seaboard Lane Ste 301<br>Franklin, TN  37067 | **01/18/2012** | **69.60** | **0.00** |
| **Department of the Treasury** | **01/04/2012, 01/18/2012, 01/31/2012,** | **7,992.72** | **0.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Internal Revenue Service Center**
**Kansas City, MO  64999**
02/01/2012, 02/06/2012

---

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Innovatio IP Ventures, LLC vs. Wingate by Wyndham Schaumburg/Convention Center, Et Al., (Case No. 11 cv 6479) | Complaint for Patent Infringement | United States District Court for the Northern District of Illinois | Pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| IBT Laws, LLC 1245 Milwaukee Ave #101 Glenview, IL  60025 | 01/30/2012 | 2,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **JH Kim Investors, Inc** | **37-1384032** | **Ramada Galena 11383 HWY 20 W Galena, IL  61036** | **Hotel** | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Samuel Lee CPA 410 E 12th Ave Columbus, OH  43201** | **12/31/2011** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Jane Kim**
**1108 Bayberry Lane**
**Macomb, IL  61455**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**First Community Bank**
**9816 W US HWY 20**
**PO Box 6006**
**Galena, IL  61036**

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **01/15/2012** | **Jane Kim** | **$1718.11** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **01/15/2012** | **JH Kim Investors, Inc** **Ramada Galena** **11383 HWY 20 W** **Galena, IL  61036** |

**21. Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Henry Kim** **1108 Bayberry Lane** **Macomb, IL  61455** | **President** | **100.000000** |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **February  9, 2012**                    Signature: ***/s/ Henry Kim***

                              **Henry Kim, President**
                                                                              Print Name and Title

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                        _____**0** continuation pages attached


   *Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                    Case No. _____

Investors, JH Kim Inc                                        Chapter **7** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors ____ **106**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **February  9, 2012** _____        ___*/s/ Henry Kim*_____
                                              Debtor


                                              _____
                                              Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Investors, JH Kim Inc
11383 Highway 20 W
Galena, IL  61036

ATT
PO Box 5080
Carol Stream, IL  60197

Charlie Dimke
532 South Dodge St
Galena, IL  61036

IBT Laws, LLC
1245 Milwaukee Ave #101
Glenview, IL  60025-0000

Brenda Imbus
Indulge Day Spa
11383 HWY 20 W
GALENA, IL  61036

Chase
14221 Dallas Parkway
Dallas, TX  75254

Alexandra Schifler
624 W Marquette St
Princeton, IL  61356

Brittany Harris
12 Park Ave
Benton, WI  53803

Chris James
7 Rapid Creek DNE
Iowa City, IA  52240

Alison Ziegler
12029 Sherrill Rd
Dubuque, IA  52002

BROADBAND HOSPITALITY
590 E. WESTERN RESERVE RD SUITE 9C
YOUNGSTOWN, OH  44514

Cindys Catering
309 N. Main St
Galena, IL  61036

Allen And Megan Holmes
3418 Governor Court
Waterloo, IA  50702

Brook Jones
13262 Stamford Ln
Rockton, IL  61072

City Of Galena
312 1/2N Main St
Galena, IL  61036

America By Bicycle Inc
2 Red Oak Drive
Plaistow, NH  03865

Calvary Baptist Church
902 Golf View Drive
Platteville, WI  53818

Coca Cola Company
2435 Kerper Blvd
Dubuque, IA  52001

American Express
PO Box 53888
Phoenix, AZ  85072

Cara Oldham
2400 Rodcliffe Dr SW
Cedar Rapids, IA  52404

Country Club Coffee
2506 W Central Park
Davenport, IA  52804

American Express
PO Box 53773
Phoenix, AZ  85072

Carly Dillavou
132 E Pierce St
Elburn, IL  60119

Cox And Corey Manderscheid
741 Summer Drive
Dubuque, IA  52002

Amy Meehan
113 R Main St
Cedar Falls, IA  50613

Carol Dubord
706 Gear St
Galena, IL  61036

CTS Systems
16420 Park Ten Place Drive
Houston, TX  77084

Ashley Appel
15307 Thomson Rd
Thomson, IL  61285

Carolyn Ewald
4303 N. Winchester Apt 3D
Chicago, IL  60613

Daniel Laity
6951 W Miner Rd
Galena, IL  61036

Dennis Radford
9189 IL Rt 84N
Galena, IL  61036

FedEx
PO Box 94515
Palatine, IL  60094

Groezinger And Edwards
115 Conley Circle
Bloomington, IL  61701

Donna Bruun
910 Jackson St
Scales Mound, IL  61075

First Community Bank
9816 W US HWY 20
PO Box 6006
Galena, IL  61036

HANOVER INSURANCE
PO Box 580045
Charlotte, NC  28258

Dubuque Area Chamber
300 Main St Ste 200
Dubuque, IA  52001

Fran Tukala
10633 S. Artesian Ave
Chicago, IL  60655

Hanover Insurance
PO Box 580045
Charlotte, NC  28258

Dubuque Fire Equipment
PO Box 595
Dubuque, IA  52004

Fried Green Tomatoes
213 N. Main St
Galena, IL  61036

Hawkeye Foodservice Distribution
PO Box 1820
Iowa City, IA  52244

Eastland High School
500 S. School Dr
Lanark, IL  61046

Galena Chamber Of Commerce
101 Bouthillier Street
Galena, IL  61036

HD Supply
PO Box 509058
San Diego, CA  92150

Ecolab Inc
PO Box 70343
Chicago, IL  60673

Galena Gateway Weddings
8044 Gabel Lane
Apple River, IL  61001

Heartland Fire & Security
316 E 3rd Street
Davenport, IA  52801

Elavon
10700 76th Court
Largo, FL  33777

Galena High School
1206 N. Franklin St
Galena, IL  61036

Holland Plumbing Inc
4359 Industrial Park
PO Box 231
Galena, IL  61036

Elavon
South Datacomm
10700 76th Court
Largo, FL  33777

Geostar Mechanical
PO Box 7896
Rockford, IL  61125

In The Swim
320 Industrial Drive
West Chicago, IL  60185

Erica Jimenez
723  Littleton Trail
Elgin, IL  60120

Gloria Pluta
2921 Autumn Dr
Woodridge, IL  60517

Indulge Day Spa
11383 Hwy 20 w
Galena, IL  61036

Erin Hesselbacher
2927 George Rd Apt No 104
Wisconsin Rapid, WI  54495

Grinnell Mutual Insurance
4215 HWY 146
Grinnell, IA  50112

Jason Szatkowski
668 Lee Drive
Crystal Lake, IL  60014

Jeandnifer Snave And Garon Stewart
1202 Ballantrae Pl Unit E
Mundelein, IL  60060

Mediacom
PO Box 5744
Carol Stream, IL  60197

Nicor Gas
PO Box 0632
Aurora, IL  60507

Jo Carroll Energy
PO Box 390
Elizabeth, IL  61028

Medical Associates Of Dubuque
1605 Associate Dr
Dubuque, IA  52002

NSAC
1218 N Jefferson Ave
Dixon, IL  61021

Jo Daviess Conservation
126 N Main St
Elizabeth, IL  61028

Melinda K Cox
165 Tiffany Lane PO Box 34
Cedarville, IL  61013

ORECK
100 Armstrong Rd Ste 101
Plymouth, MA  02360

Kristine Doyle
302 Menominee Drive
Galena, IL  61036

Michael Doyle
302 Menominee Drive
Galena, IL  61036

ORKIN
PO Box 1043
Dubuque, IA  52004

LAMAR
PO Box 96030
Baton Rouge, LA  70896

Midwest Tourism Assoc
2248 W Belmont Ste 56
Chicago, IL  60618

ORKINS
PO Box 1043
Dubuque, IA  52004

Log Cabin Steakhouse
201 N. Main St
Galena, IL  61036

Montgomery Trucking Inc
PO Box 6081
Galena, IL  61036

Penny Case
990 Jackson St  Apt No 2
Platteville, WI  53818

Lord Of Love Lutheran Church
PO Box 6483
Galena, IL  61036

National Ski Group
300 Inwood Dr No 311
Wheeling, IL  60090

Premier Linen And Dry Cleaning Inc
PO Box 656
Dubuque, IA  52004

Mark Elder
900 Fulton St
Galena, IL  61036

Net Trans
PO Box 529
 N3101 Tonsberg
Norway,

Ryan Anglesee
205 Hauley Way
East Dubuque, IL  61025

Mark Ruby
12264 W Samantha Drive
Galena, IL  61036

Nicole Kroot
1500 W Blue Sage Dr No 1202
Peoria, IL  61615

S J Carlson Fire Protection INC
4544 Shepherd Trail
Rockford, IL  61103

MEDIACOM
PO Box 5744
Carol Stream, IL  60197

Nicole Ochs
7698 Old Davenport Rd
Dubuque, IA  52003

Scott Heimerdinger
24574 Patterson Rd
Milledgeville, IL  61051

**Simplex Grinnell**
**3214 Kingsley Way**
**Madison, WI  53713**

**Ttri-State**
**550 Carey Avenue**
**Davenport, IA  52807**

**Small Business Growth Corporation**
**2401 West White Oaks Drive**
**Springfield, IL  62704**

**USA Today**
**305 Seaboard Lane Ste 301**
**Franklin, TN  37067**

**SOUTHERN DATACOMM**
**10700 76th Court**
**Largo, FL  33777**

**Westphal And Company Inc**
**PO Box 1023**
**Dubuque, IA  52004**

**Stephanie Uzureau**
**2214 W Argyle St**
**Chicago, IL  60625**

**World Choice Travel**
**Travelocity**
**PO Box 105199**
**Atlanta, GA  30348**

**Terry Sigafus**
**49 Heather Ln**
**Galena, IL  61001**

**Wyndham**
**Ramada Worldwide**
**22 Sylvan Way**
**Parsippany, NJ  07054**

**The Cit Group**
**PO Box 550599**
**Jacksonville, FL  32255**

**Wyndham Hotel Group Financial Services**
**22 Sylvan Way**
**Parsippany, NJ  07054**

**The Galena Gazetta**
**716 S. Bench Street**
**Galena, IL  61036**

**YELLOW PAGE**
**6300 C ST SW**
**CEDAR RAPIDS, IA  52404**

**THE KNOT INC**
**11106 Mockingbird Drive**
**Omaha, NE  68137**

**Yellowbook**
**PO Box 660052**
**Dallas, TX  75266**

**THE LAMAR COMPANIES**
**1690 ELM STREET**
**DUBUQUE, IA  52001**

**Tim Stellfox**
**3537 191th Pl**
**Lansing, IL  60438**